UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY LANE WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | CASE NO. 3:18-cv-05581-BAT<br><br>**ORDER GRANTING EAJA FEES AND COSTS** |

Plaintiff requests attorney's fees in the amount of $6,834.24 and expenses in the sum of $4.54 pursuant to the Equal Access to Justice Act, § 2412 ("EAJA"). Dkt. 15. The Commissioner has no objection to the request. Dkt. 18. The Court agrees that EAJA fees and expenses should be awarded, good cause having been shown.

Accordingly, it is **ORDERED** that Plaintiff is hereby awarded EAJA fees of $6,834.24 and expenses in the sum of $4.54. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 560 U.S. \_\_ (2010), payment of this award shall be sent to Plaintiff's attorney, Teal M. Parham at 910 12th Avenue, P.O. Box 757, Longview, WA 98632.

DATED this 22nd day of March, 2019.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge